# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| GREG JAMES WARMKE, | ) | |
|---|---|---|
| Petitioner | ) ) ) | |
| v. | ) ) | Civil No. 1:11-cv-370-DBH |
| PATRICIA BARNHART, *Warden, Maine State Prison,* | ) ) ) ) | |
| Respondent | ) | |

## AMENDED[1] ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 6, 2012, the United States Magistrate Judge filed with the court, with copies to the parties her Recommended Decision on the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. The petitioner filed his objection to the Recommended Decision on March 26, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

---

[1] The order is amended to correctly reflect the respondent in the case caption as "Patricia Barnhart, *Warden, Maine State Prison*" rather than "United States of America."

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner is **DENIED** relief under 28 U.S.C. § 2254, **WITH PREJUDICE**, and the petition is **DISMISSED**.

Finally, I find that no certificate of appealability shall issue in the event the petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c).

**SO ORDERED.**

**DATED THIS 29TH DAY OF MARCH, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**