UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **GREG JAMES WARMKE,** | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-CV-370 |
| | ) | |
| **PATRICIA BARNHART,** *Warden,* | ) | |
| *Maine State Prison,* | ) | |
| | ) | |
| DEFENDANT | ) | |

ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

SO ORDERED.

DATED THIS 2ND DAY OF JANUARY, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE