UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREG JAMES WARMKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:11-cv-00370-JAW |
| | ) |
| PATRICIA BARNHART, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on November 15, 2012 her Recommended Decision (ECF No. 26).  The Plaintiff filed his objections to the Recommended Decision on December 21, 2012 (ECF No. 29). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Plaintiff's Motion to Reopen Case (ECF No. 22) be and hereby is <u>DENIED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2013